# EXHIBIT "A"

**BEVERLY ISAAC**,

    Plaintiff,

v.

**WAL-MART STORES EAST, LP**,

    Defendant.

_____/

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 2020-015794-CA-01

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the Said State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

**WAL-MART STORES EAST, LP**
Registered Agent: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

    Each defendant is required to serve written defenses to the Complaint or Petition on Michael W. Wallace, Esquire of the Law Office of Michael W. Wallace, P.A., at 2847 Hollywood Blvd., Suite 112, Hollywood, FL 33020, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the Defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the Seal of this Court.

DEC 03 2021

As clerk of Said Court

BY: _____

**BRENDA D. FORMAN**

1

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su ceuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pur vous proteger. Vour etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous ne deposez pas votre reponse ecrite dans le relair requis, vous risquez de perde la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en memetemps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

Filing # 139541809 E-Filed 12/02/2021 09:57:35 AM

|  | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA |

**BEVERLY ISAAC,**  CASE NO:

    Plaintiff,

v.

**WAL-MART STORES EAST, LP,**

    Defendant.

_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, **BEVERLY ISAAC**, by and through the undersigned counsel, sues the Defendant, **WAL-MART STORES EAST, LP**, and alleges as follows:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF PARTIES

1. This is an action in excess of THIRTY THOUSAND DOLLARS ($30,000.00) and within the jurisdiction of this Court.

2. At all times material hereto, upon information and belief, the Plaintiff, **BEVERLY ISAAC**, was a resident of Broward County, Florida, and is *sui juris*.

3. That all times material hereto, upon information and belief, the Defendant, **WAL-MART STORES EAST, LP**, was and still is a Foreign Limited Partnership authorized and doing business in the State of Florida, that:

    a. owned a premises located at 2300 W Atlantic Blvd., Pompano Beach, Broward County, FL 33069;

    b. maintained a premises located at 2300 W Atlantic Blvd., Pompano Beach, Broward County, FL 33069;

    c. managed a premises located at 2300 W Atlantic Blvd., Pompano Beach, Broward County, FL 33069;

    d. possessed a premises located at 2300 W Atlantic Blvd., Pompano Beach, Broward County, FL 33069; and/or

    e. exercised control over a premises located at 2300 W Atlantic Blvd., Pompano Beach, Broward County, FL 33069;

4. Venue is proper in Broward County, Florida because the incident which is the subject of this Complaint occurred in Broward County, Florida.

5. That on or about August 1, 2020, the Plaintiff, **BEVERLY ISAAC**, was an invitee present on the aforesaid premises.

6. That Defendant knew, or should have been aware, that there was a defect in the flooring within its premises. Specifically, the flooring was worn, raised, and in a state of disrepair.

7. That Plaintiff was unaware of the condition as noted in Paragraph #6.

8. That as Plaintiff was traversing Defendant's premises as noted in Paragraph #6, she was caused to trip and fall due to the conditions as noted in Paragraphs #6.

9. That as a result of tripping and falling, Plaintiff sustained serious bodily injuries.

## COUNT I - NEGLIGENCE AGAINST WAL-MART STORES EAST, LP

10. The Plaintiff, **BEVERLY ISAAC**, adopts and re-alleges paragraphs 1–9, as if they were reproduced herein, and further alleges:

11. That at the time the Plaintiff was injured, Defendant, **WAL-MART STORES EAST, LP**, owed the Plaintiff a legal duty of reasonable care in maintaining the premises in a reasonably safe condition, free from dangerous conditions that might foreseeably give rise to injury or damage to the Plaintiff. Moreover, Defendant, **WAL-MART STORES EAST, LP**, had a legal

duty to warn the Plaintiff of any defects or unreasonably dangerous conditions on the Defendant's premises. Furthermore, Defendant owed Plaintiff a duty of reasonable care to act as a reasonably prudent person as to not cause harm or damage to those individuals within the foreseeable zone of risk.

12. Nevertheless, Defendant, by and through its agents, servants, and/or employees breached the aforesaid duty to Plaintiff **BEVERLY ISAAC** by the following:

   a. carelessly and negligently creating an unreasonably dangerous condition by permitting the existence of a dangerous condition on the floor of the premises that Defendant had actual knowledge of, or should have known of, or had constructive knowledge of due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject premises;

   b. carelessly and negligently failing to inspect the floor of the premises for the existence of such unreasonably dangerous conditions that Defendant had actual knowledge of, or should have known of, or had constructive knowledge of due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject premises;

   c. carelessly and negligently failing to maintain the floors of the premises free from the existence of such unreasonably dangerous conditions that Defendant had actual knowledge of, or should have known of, or had constructive knowledge of due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject premises;

   d. carelessly and negligently failing to warn this Plaintiff, by sign or otherwise, as to the existence of said unreasonably dangerous conditions on the floor that Defendant

   had actual knowledge of, or should have known of, or had constructive knowledge of due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject premises;

   e. carelessly and negligently failing to otherwise undertake reasonable efforts to repair and/or remedy any unreasonable dangerous conditions that Defendant had actual knowledge of, or should have known of, or had constructive knowledge of due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject premises; and/or

   f. carelessly and negligently failing to act as a reasonably prudent person would as to not create unsafe and/or dangerous conditions that could foreseeably cause damage and/or injury to individuals within the foreseeable zone of risk.

13. That as a direct and proximate result of the negligence of Defendant, **WAL-MART STORES EAST, LP**, the Plaintiff, **BEVERLY ISAAC**, was injured in and about her body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and will do so in the future; suffered loss for the capacity for the enjoyment of life and/or incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

**WHEREFORE**, the Plaintiff, **BEVERLY ISAAC**, prays for entry of a judgment against the Defendant, **WAL-MART STORES EAST, LP**, in an amount in excess of Thirty Thousand ($30,000.00) dollars, plus costs, and the Plaintiff further demands trial by jury of all issues in this cause so triable as a matter of right.

LAW OFFICE OF MICHAEL W. WALLACE, P.A.
2847 Hollywood Blvd., Suite 112
Hollywood, Florida 33020
Telephone: (954) 998-4688
Facsimile: (954) 998-7660

/s/ **Michael W. Wallace**
Michael W. Wallace, Esq.
Florida Bar No: 114950
Primary: mwallace@callwally.com
Secondary: npecci@callwally.com

5