# EXHIBIT "B"



**Service of Process Transmittal**
12/06/2021
CT Log Number 540700015

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ISAAC BEVERLY // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Interrogatories, Request(s) |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # 2020015794CA01 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/01/2020, At 2300 W Atlantic Blvd., Pompano Beach, FL, 33069 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/06/2021 at 03:21 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Michael W. Wallace<br>Law Office of Michael W. Wallace, P.A.<br>2847 Hollywood Blvd., Suite 112<br>Hollywood, FL 33020<br>954-998-4688 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/07/2021, Expected Purge Date: 12/12/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / JD



# PROCESS SERVER DELIVERY DETAILS

**Date:**          Mon, Dec 6, 2021

**Server Name:**   Susan Pineiro

| Entity Served | WAL-MART STORES EAST, LP |
|---|---|
| Case Number | 2020-015794-ca-01 |
| Jurisdiction | FL |

